**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN KESTER | : | |
|      Plaintiff | : | CIVIL ACTION – LAW |
| | : | |
|      v. | : | NO.: 3:15-CV-1123 |
| | : | |
| WAL-MART STORES, INC. and | : | JURY TRIAL DEMANDED |
| WERNER ENTERPRISES, INC. | : | |
|      Defendants | : | |
| | : | |

**WAL-MART STORES, INC.'S ANSWER TO CO-DEFENDANT
WERNER ENTERPRISES, INC.'S CROSSCLAIM**

Defendant Wal-Mart Stores, Inc., by and through its counsel, Law Offices of McDonnell & Associates, PC, answers the Crossclaim of Co-Defendant Werner Enterprises, Inc. as follows:

1. – 2.   Denied.  The allegations in paragraphs one (1) and two (2) of Werner Enterprises, Inc.'s Crossclaim are conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied, and Wal-Mart Stores, Inc. incorporates by reference its Answer to Plaintiff's Amended Complaint with Affirmative Defenses and Crossclaims (Doc. 15) as if fully set forth at length herein.

**WHEREFORE,** Defendant Wal-Mart Stores, Inc. demands judgment against Plaintiff and in favor of Defendants.  Should any judgment or sum be awarded to Plaintiff, Defendant Wal-Mart Stores, Inc. demands that judgment be entered against Werner Enterprises, Inc. for the full amount and that Defendant Wal-Mart Stores, Inc. be granted indemnity or contribution from Werner Enterprises, Inc. for the full amount deemed to be due to Plaintiff, including attorneys' fees, costs, and such other relief as this Honorable Court deems just.

                                                      **MCDONNELL & ASSOCIATES, PC**

Date: June 13, 2016                                  _/s/ Marc R. Kamin_

                                                      Patrick J. McDonnell, Esquire
                                                      Attorney I.D. No. PA62310
                                                      pmcdonnell@mcda-law.com
                                                      Marc R. Kamin, Esquire
                                                      Attorney I.D. No. PA307464
                                                      mkamin@mcda-law.com
                                                      Metropolitan Business Center
                                                      860 1st Avenue, Suite 5B
                                                      King of Prussia, PA  19406
                                                      (T) 610.337.2087 (F) 610.337.2575
                                                      *Attorneys for Wal-Mart Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RYAN KESTER | : | |
|     Plaintiff | : | CIVIL ACTION – LAW |
| | : | |
| v. | : | NO.: 3:15-CV-1123 |
| | : | |
| WAL-MART STORES, INC. and | : | JURY TRIAL DEMANDED |
| WERNER ENTERPRISES, INC. | : | |
|     Defendants | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Marc R. Kamin, Esquire, hereby certify that on the 13th day of June, 2016, I caused a true and correct copy of the foregoing Answer to Werner Enterprises, Inc.'s Crossclaim to be filed electronically with the Court and made available for viewing and downloading from the ECF by all counsel of record.

MCDONNELL & ASSOCIATES, PC

   */s/ Marc R. Kamin*
Marc R. Kamin, Esquire
Attorney I.D. No. PA307464
mkamin@mcda-law.com
Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, PA  19406
(T) 610.337.2087 (F) 610.337.2575
*Attorneys for Wal-Mart Defendant*